

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### NOTICE OF ORDER ON MOTION

Cause numbers:     01-12-00322-CR & 01-12-00323-CR

Style:             Alfredo Gonzalez

                   v The State of Texas

Date motion filed*:     February 12, 2013

Type of motion:

Party filing motion:

Document to be filed:     State's Brief

If motion to extend time:

      Deadline to file document:     March 25, 2013

      Number of previous extensions granted:     2

      Length of extension sought:     42 days

Ordered that motion is:

    ☑    Granted
        If document is to be filed, document due:  **March 25, 2013**

        ☐   The Clerk is instructed to file the document as of the date of this order
        ☑   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

Judge's signature: /s/ Laura C. Higley
        ☑ Acting individually     ☐ Acting for the Court

        Panel consists of _____.

Date: February 14, 2013

November 7, 2008 Revision